**Mohamed RAJAH, Petitioner,**

v.

**Eric H. HOLDER, Attorney General of the United States, Respondent.**

**No. 09–5146–ag.**

United States Court of Appeals, Second Circuit.

Jan. 4, 2011.

---

Kai W. De Graaf, Law Offices of Kai W. De Graaf, New York, NY, for Petitioner.

R. Alexander Goring (Tony West and Michelle G. Latour, on brief), Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

Present DENNIS JACOBS, Chief Judge, GUIDO CALABRESI, and ROBERT D. SACK, Circuit Judges.

## SUMMARY ORDER

The Petitioner, Mohamed Rajah, petitions this Court to review the Board of Immigration Appeals' ("BIA") decision denying his motion for a continuance in his removal proceedings due to a pending labor certification application (which, if granted, would entitle him to apply for a change of status to legal permanent resident). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

This Court has jurisdiction to review decisions by the BIA to grant or deny continuances. *Sanusi v. Gonzales,* 445 F.3d 193, 198–99 (2d Cir.2006) (per curiam). We review the BIA's decision to deny a continuance for abuse of discretion. *Id.* at 199.

The basis of Rajah's motion for a continuance has been his pending labor certification application. Between our prior decision in this case (remanding to the BIA for reconsideration of his motion), *Rajah v. Mukasey,* 544 F.3d 449 (2d Cir.2008), and the BIA's reconsideration of Rajah's motion, Rajah's labor certification application was approved. However, his resulting labor certification then expired. As a result, Rajah no longer has a labor certification application pending before the Department of Labor. Therefore, his petition is moot, and we must dismiss it. See *Kamagate v. Ashcroft,* 385 F.3d 144, 150 (2d Cir.2004) ("A case becomes moot, if, at any stage of the proceeding, it fails to satisfy the case-or-controversy requirement of Article III. . . .").

We hereby **DISMISS** Rajah's petition for review of the BIA's denial of his motion for a continuance and its affirmance of an order of removal.